## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:20CR333** |
| vs. | |
| LANCE HARPER, | **ORDER** |
| Defendant. | |

**THIS MATTER** is before the court on the motion of A. Michael Bianchi to withdraw as counsel for the defendant, Lance Harper (Filing No. 67). Jerry M. Hug has filed an entry of appearance as retained counsel for Lance Harper. Therefore, A. Michael Bianchi's motion to withdraw (Filing No. 67) will be granted.

A. Michael Bianchi shall forthwith provide Jerry M. Hug any discovery materials provided to the defendant by the government and any such other materials obtained by A. Michael Bianchi which are material to Lance Harper's defense.

The clerk shall provide a copy of this order to Jerry M. Hug.

**IT IS SO ORDERED.**

Dated this 29th day of April, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge