## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:20CR333** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **LANCE HARPER and** | ) | |
| **DALONTE FOARD,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on defendant Dalonte Foard's Unopposed Motion to Continue Trial [120]. Counsel was just recently appointed to represent the defendant and needs additional time to review discovery. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [120] is granted, as follows:

1. The jury trial, **for defendants Lance Harper and Dalonte Foard**, now set for August 31, 2021, is continued to **November 2, 2021.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 2, 2021**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: August 20, 2021.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**